UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
LESLIE CHEEKS,          :
          :
          Plaintiff,          :          23-CV-2170 (JMF)
          :
          -v-          :          <u>ORDER</u>
          :
MONTEFIORE MEDICAL CENTER, et al.,          :
          :
          Defendants.          :
          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motions to dismiss, *see* Docket Nos. 37, 40, 43, Defendants' earlier motions to dismiss filed at Docket Nos. 16, 19, are hereby DENIED as moot. Plaintiff's **consolidated** opposition to the new motions to dismiss is due by **August 18, 2023**. Plaintiff is directed to file a single, consolidated opposition brief. Defendants' replies, if any, are due by **August 25, 2023**.

      The Clerk of Court is directed to terminate Docket Nos. 16 and 19 and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: July 24, 2023
      New York, New York
                                              _____
                                                    JESSE M. FURMAN
                                                  United States District Judge