UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LESLIE CHEEKS, :
:
Plaintiff, :
: 23-CV-2170 (JMF)
-v- :
: ORDER
MONTEFIORE MEDICAL CENTER et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 27, 2023, the Court entered a Memorandum Opinion and Order dismissing Plaintiff's claims, but the Court neglected to direct the Clerk of Court to mail a copy of the Memorandum Opinion and Order to Plaintiff, who is proceeding *pro se*. *See* ECF No. 59. **The Clerk of Court is directed to mail a copy of this Order, a copy of the Court's Memorandum Opinion and Order at ECF No. 59, and a copy of the Judgment at ECF No. 60 to Plaintiff.**

The Court certifies, pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from the November 27, 2023 Memorandum Opinion and Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: November 29, 2023
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge